IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-10605
Summary Calendar

_____


ILLES P. CSORBA,

                                        Plaintiff-Appellant,

                        versus

VARO, INC.,

                                        Defendant-Appellee.
_____

Appeal from the United States District Court for the
Northern District of Texas
(3:94-CV-1250-T)
_____

December 11, 1996

Before GARWOOD, JOLLY, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Because a final judgment has been entered, this appeal is
moot.  Therefore, this appeal is

                                        D I S M I S S E D.

_____

    [*]Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.